## Bennie Harding Warriors case!.txt

( 10 / 23 / 2009 ) - To whom this my corcern,My name is Bennie Harding, I live in Rockland Ma,My complaint to the Courts is , back in 1979, I was a StuntMen for the EastCoast Assocation in New York City , were I was Born in 1959, In 1979 I did a movie called The Warriors about street gangs in New York ,Brooklyn , Bronx,Queens,Since this time I found out that I was in a Playstation 2 Game by Sony, I seen my image in this Playstation 2 Game,My kick scene in the original movie the Warriors was used in this Playstation 2 Game by Sony, ( EXHIBIT A ) My contract from 1979 that the EastCoast Stuntmen Assocation they told me to sign,Since this time  ( Jan 18, 2006 ) My son Stclaire Harding called me, he is 11 years old at this time ,he said Dad I seen you on T.V a commercial by RockStar Games,So he told me to by the game an see for your self, So on (January 19, 2006 ) I went to gameStop to purchase the game called The Warriors Playstation 2 Game for 49.99 here in Brockton Ma, at the Mall. I open the packaging of the Warriors Game,in it comes a booklet on how to play the game ,an it shows pictures of different actors an Stuntmen who performed different scenes in the original Movie The Warriors , The same scene I did in the movie, I seen my part  in this Playstation 2 Game , a kick scene of me Bennie Harding kicking the leader of the Warriors Cleon, I seen my image of me on page 32 ,second from the left standing in front, an first from the left is a friend I did the Warriors with in 1979 his name is Eddie Earl Hatch a Stuntmen as well with The East Coast Assocation in New York ( EXHIBIT B ) my image in the Playstation 2 booklet ,so on ( January 25, 2006 ) I called Paramont Pictures main office an spoke to a man by the name of Lincest Connor, an I told him who I was Bennie Harding,that I was a Stuntmen for East Coast Assocation,I did a move called The Warriors , my I have a copy of my contract for the movie I did back in 1979 called The Warriors,he ask why, an I told him I lost all my paper work in a fire which is true, for the movie Warriors an can I have a copy of my contract, then he ask me for my S.S.N. an he siad I am not who I say I am an I said why is that,he said your S.S.N.does not match, I said that cant be, then he said he will call me back when he can find out whats wrong with information in the computer,so I said thank you an can you call me back as soon as you can with this information ,he said he will so on ( April 17, 2007 tape recorded ) from
Paramont Pictures Lincest Connor ) Here are some pictures of me from 1970 to 2009 on how I look today in real life ( EXHIBIT C ) On ( January 20, 2006 ) I found RockStar web site @WWW.WARRIORS.COM,as I was looking into this web site I seen my images of me in The Warriors Playstation 2 game an my name posted saying were can you find Bennie Harding, I was upset on seeing my name on this web site, they had me listed as an actor for the Warriors ,I was never an actor , I was a Stuntmen for the East Coast Assocation in New York in 1979, I never sign any contract for sony or RockStar Games whos web site I was on. My next step was to ask my son Stclaire Harding to help me play the playstation 2 game to find my images in it ,because my son is good at Sony Playstation games, he is 13 years old at this time an I ask my other son Zaire Harding if he can help me as well, hes 15 years old at this time also  , an you must play an beat each stage to see a video level with all of the images of many different gangs an people in the Sony Playstation 2 game, in which we did find my images on 3 different levels of the game so we pause the game, when I saw my picture image on that level an took

Bennie Harding Warriors case!.txt

digtal camera shots of me on these levels of the game for my case, ( EXHIBIT D ) pictures images of me Bennie Harding in the Warriors Playstation 2 game,AN (EXHBIT E ) my kick scene from the original Movie The Warriors , they put my kick scene in the Playstation 2 Game,by Sony Playstation. I have this Sony Playstation 2 game clip scene on a Disc marked Bennie Harding kick in Playstation 2 game. ( EXHIBIT F ) Pictures of Bennie Harding,still shots of me in The Warriors Movie I filmed in New York City.Paramont Pictures location is 5555 Melrose Ave,Hollywood CA, 90038,Phone# 323-956-1904.So my first calls went to these lawyers ( EXHIBIT G ) they are all listed. I recieved a check for the sum of $ 3,082.29 dated ( Aug 22, 2007 ) from the Screen Actors Guild Inc, 5757-Willshire Blvd, Los,Angeles,CA, 90038 Phone # 323-549-6535. And they are still sending me checks in the mail in thee amount of $12.50 from my Residauls payments only, from The Warriors movie,an I am not recieveing anything from SonyPlaystation 2 Game or the company thats using my image, companys name Take-Two- Interactive software,Inc & Rock Star Games Inc, 622-Broadway, 6 th floor, New York 10012.Bennie Harding Sag Union Number is ( 00180040 ) On ( August 27,2007 ) I called Lincest Connor back an ask him why am I receving THESE CHECKS FOR $12.50 ,He said this is money for the movie The Warriors Movie I filmed in 1979 in New York,these are my Residuals Sag paymets for the film Warriors only.And he also said there office made a mistake with myS.S.N in there computer an they are fixing that mistake, an they apologize for mistake an they correct the S.S.N. an my ID # for Sag payments,here"s (EXHBIT H ) All payments an checks  from SCREEN ACTORS GUILD RESIDAULS by SAG COMPANY PARAMONT PICTURES On (August 2007 ) Eddie earl Hatch called me at my home ,because I was trying to get a hold of him or someone who did The Warriors Movie with me in 1979 in Brooklyn New York, I went on line an type his name an his name an it pop up an I called him an left a message to please call me when he gets the time.Eddie Earl Hatch was with The East Coast Stuntmen Assocation with me an we did the Warriors Movie toghter in 1979 an we were in the same gang in the movie we are good friends as well, I was so happy to speak to him,We didnt speak to each other in over  26 years, it was a great confersation, So I ask Eddie Earl Hatch , did Sony send you a contract to release your image from the Original movie The Warriors an put your image in a Platstation 2 Game, he said yes they did an he sign there contract , then I ask him do you have a copy of that contract, because I am taking this company to court because they did not ask me to release or sign any contract to be put in a Sony Playstation 2 Game, he said he cant remember the year or date but he will try to get a copy of that contract an call me back as soon as possible.(EXHIBIT F ) taped recorded message from Eddie Earl Hatch, he seen my image in the Playstation Game Booklet as well, an he seen his image in the booklet as well, but he sign contract. I also would like to bring to the courts attention, that this lawyer Aaron Silverstein address 50-Water  Street Mill 2, Suite 222 NewBuryPort,Ma, 01950 he had my case on a Pro Bono,he had my case for months,an I feel he is the blame for letting my case run out of the statue of limatations, because I had to find another lawyer to look at my case his name Paul Czech & Assocations Attorneys at Law address 68-Indian Pipe drive Wynantsskill,New York 12198- phone # 518-203-7472, told me in a nice way that This Aaron Silverstein did not send any of my paper work to New York to stop the Statute of

**Bennie Harding Warriors case!.txt**

limatations or summit any paper work for my claim ,we were getting along well ,he was sending all of these documets to rockstar Games.Take-Two Interactive softWare,an Sony,demanding a response from these companys,Then on (August 13,2007 ) he sent me a email saying unfortunately my firm is no longer able to represent you in this above matter,I tried calling his office, I left many messages on his voice mail , I think I called him 8 times, then on (August 2007 ) I called the office an he pick up the phone an told me he cant take the case , I ask him why, he said we just cant take the case, if you like I will send your case back down stairs for another lawyer to look at it for you if you like,so I said why do that ,this dosent make any sense, you were working on my case , an this is the same buliding  of the Lawyers of the Arts ,I said Aaron I dont understand why you cant tell me or give a reason why you cant proceed on my case ,he said I cant do anything for you I am sorry so I said please mail all of my documents for my case to my home please an thank you for everything you have done for me.On ( july 15, 2007 ) I was looking at my paper work that Aaron Silverstein sent from one of the companys an I read a statement in this document fro Take-Two Interactive software, were I think they said something that didn"t make any sense to me but sounded like a very bad comment about African Amercians looking the same , I was not to happy to read that statement, so I will let the courts decide that (EXHIBIT MARK DISCRIMINATION ) This is what it said ,the character you have identifield as purportedly reproducing your clients image in fact bears no likeness to your client, the only similarity between the two is that they are African Americans males wearing orange togas,they all look the same, I cant believe they would say something like this, we as African Americans are all different in many ways, we do not look the same, (August 13, 2007 ) I started calling more lawyers who does Entertainment Law in which it is hard to find as I started speaking to them, alot of them do not do or understand this Entertainment Law, this is what most of these lawyers said to me. (EXHIBIT I ) I recieved a document from one of the Lawyers in (May 2007 ) about an actor his  name is Roger Hill , Roger Hill was an actor back in 1979 in the Warriors Movie ,we did the Warriors movie toghter he was an actor, I was a Stuntmen with the Eastcoast Stuntmen Assocation in New York City, Roger hill filed a claim in New York against Take-Two-Interactive software in New York supreme court on (June 21, 2006 ) this document is in (EXHIBIT I ) since this time , In Roger Hill court documents, I seen his lawyers name an number who was Roger hill lawyer I called him on (Nov 2007 ) an told him that my name is Bennie Harding , I was a Stuntmen for the East Coast stuntmen Assocation in New York back in 1979, an I did a movie with your client Roger Hill he was the actor in the same movie we did toghter ,an this company is using my image as well without my permission, can you look at my case , he said I am very sorry I dont wont this case at  this time , an if you like I can give you another lawyers phone number to call to see if they can help you, an he said we do not do Pro Bono cases anymore an he wish me good luck an said sorry I cant help you, an then I said thank you for your time an if you look at (EXHIBIT I ) upond information and belief, for the month of ( Oct 2005) the videogame generated approximately $ 37,000.000 in revenue,an Sony is still selling this Playstation 2 Game world wide,So today I Bennie Harding ask the courts to find justice in my case,Thank You !

Bennie Harding.................

Page 3

**09 CA 11980 DPW**

Plaintiff - Bennie Harding location
272 - Central Street Rockland MA, 02370
Phone # 781-878-6871

Defendant ① - Take-Two Interactive Software Inc. And Rockstar Games located 622 - Broadway 6th Floor New York, New York.

Defendant ② Volunteer Lawyers of the Arts of Massachusetts Lawyer Name is Aaron Silverstein Esq. An Matt Saunders, Esq. Saunders An Silverstein L.L.P. location 50 - Water Street, Mill 2, Suite 222 Newburyport, MA, 01950 Office # 978-463-9130

FILED IN CLERK'S OFFICE 2009 NOV 12 P 1:09 U.S. DISTRICT COURT DISTRICT OF MASS.

<u>Jurisdiction</u> - I Bennie Harding is filling this case in the Fedral Court, because I feel my case Has been damage with lawyers who work for the companys I Am trying to sue!

<u>Allegations</u> - I Bennie Harding Never sign a Contract For Sony Playstation To Release my Images or Take-Two-Interactive Software to put my Image into a playstation 2 Game. From a movie I filmed in 1979 in Brooklyn N.Y. called The Warriors. I believe my case was damage From some lawyers I spoke to about my case.

The Relief— The Relief I am looking for is the truth. Take-Two Interactive Software is saying I am not the person in the PlayStation 2 Game, an they said that I sign a contract with Sony PlayStation 2 Corp. I did not sign any contract to release my image from the origianal movie The Warriors to be put in a PlayStation 2 Game, I want Take-Two-Interactive Software to pay whats due to me for using my image!